IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHERRY FOSTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN HERITAGE LIFE | § | Civil Action No. 4:14-cv-00127-SWW |
| INSURANCE COMPANY and | § | |
| ADVANCE STORES COMPANY, INC. | § | |
| d/b/a ADVANCED AUTO PARTS, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

The parties having advised the court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that all claims and causes of action asserted or assertable herein by Plaintiff against Defendants are DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this 20th day of October, 2014.


/s/ Susan Webber Wright
United States District Judge

**AGREED:**

By: /s/ Timothy W. Murdoch
    Timothy W. Murdoch
    tmurdoch@lawsmurdoch.com

**CLARK & MURDOCH, P.A.**
316 South Detroit Avenue
Russellville, Arkansas 72801
Telephone: (479) 967-3555
Facsimile: (479) 967-3556

ATTORNEYS FOR PLAINTIFF

By: /s/ Amber Grand
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Amber M. Grand
    State Bar No. 24061294
    amber.grand@figdav.com

**FIGARI & DAVENPORT, L.L.P.**
901 Main Street
Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Stuart P. Miller
Arkansas Bar No. 88137
smiller@mwlaw.com
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8800
Facsimile: (501) 918-7896

ATTORNEYS FOR DEFENDANT AMERICAN HERITAGE LIFE INSURANCE COMPANY

By:  /s/ Brian Keeley
  Brian K. Keeley
  Washington State Bar No. 32121
  bkeeley@schwabe.com

**SCHWABE, WILLIAMSON & WYATT**
1420 5th Avenue, Suite 3400
Seattle, Washington 98101-4010
Telephone: (206) 622-1711
Facsimile: (206) 292-0460

Troy A. Price
Arkansas Bar No. 88010
tprice@wlj.com
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300,
Little Rock, Arkansas 72201-3699
Telephone: (501) 370-1556
Facsimile: (501) 376-2147

ATTORNEYS FOR DEFENDANT ADVANCE
STORES COMPANY, INC. d/b/a ADVANCED
AUTO PARTS